UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRICK P. HOUSTON,

    Plaintiff,

v.

SENIOR RUIZ, *et al.*,

    Defendants.

Case No. 2:21-cv-01336-RFB-BNW

**ORDER**

**I.   DISCUSSION**

On July 14, 2021, Plaintiff submitted a civil rights Complaint under 42 U.S.C. § 1983 and an Application to Proceed in District Court Without Prepaying Fees or Costs by an individual who has been released from the custody of the Nevada Department of Corrections. (ECF Nos. 1-1, 1). Plaintiffs' Application is incomplete and not on this Court's approved form.

Accordingly, the Court denies Plaintiff's Application (ECF No. 1) without prejudice and directs Plaintiff to file an application to proceed *in forma pauperis* by a non-inmate on or before **August 25, 2021** or pay the full filing fee of $402. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **August 25, 2021**, Plaintiff shall either file a fully complete application to proceed *in forma pauperis* by a non-inmate or pay the full filing fee of $402.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,

this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is either able to file a fully complete application to proceed *in forma pauperis* by a <u>non-inmate</u> or pays the full $402 filing fee.

    IT IS FURTHER ORDERED that the Clerk of the Court shall retain the Complaint (ECF No. 1-1) but shall not file it at this time.

    DATED: 7-20-2021

_____
UNITED STATES MAGISTRATE JUDGE